**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NATIONAL SHOOTING SPORTS FOUNDATION, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, SECOND AMENDMENT FOUNDATION, NEW MEXICO FIREARMS INDUSTRY ASSOCIATION, NEW MEXICO SHOOTING SPORTS ASSOCIATION, CALIBERS SHOOTING SPORTS CENTER, OMNI TACTICAL USA, RIGHT TO BEAR ARMS, and PETER HACKETT,

Plaintiffs,

v. No. 1:26-cv-3514-JB-JHR-LF

RAÚL TORREZ, in his official capacity as Attorney General of the State of New Mexico,

Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

This is a lawsuit for declaratory and injunctive relief brought under the Second Amendment to the United States Constitution. Plaintiffs served their complaint on October 27, 2026. According to Fed. R. Civ. P. 12(a)(1)(A)(i), an answer or responsive pleading is due November 17, 2026. Defendant Raúl Torrez hereby moves for a thirty-day extension of time to file a responsive pleading in this matter.

After conferring, counsel for the Plaintiffs and the undersigned attorney believe a preliminary injunction may be agreed upon. A thirty-day extension of time to file a responsive pleading would permit the parties time to file a joint motion to

that effect. Such an extension would require the responsive pleading to be filed by December 17, 2026. This request is not intended for purposes of delay, but so that justice may be done.

On November 17, 2026, counsel for Plaintiffs consented to the extension of time.

Thus, Defendant respectfully requests a thirty-day extension of time to file a responsive pleading up to and including December 17, 2026.

Respectfully submitted,

NEW MEXICO DEPARTMENT OF JUSTICE

RAÚL TORREZ
Attorney General

_/s/ *Edward L. Marshall*_________
EDWARD L. MARSHALL
Director of Government Litigation

408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
emarshall@nmdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I filed a true and correct copy of the foregoing via the CM/ECF electronic filing system and caused a copy to be delivered electronically to all parties entitled to notice.

*/s/Edward L. Marshall*
EDWARD L. MARSHALL