**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW MEXICO**

NATIONAL SHOOTING SPORTS FOUNDATION, INC. et al.,

Plaintiffs,

v.

RAÚL TORREZ, in his official capacity as Attorney General of New Mexico,

Defendant.

Civil Action No. 1:26-cv-3514

## [PROPOSED] STIPULATED INJUNCTION

Upon consideration of the parties' Joint Motion for Entry of Stipulated Injunction,

**IT IS ORDERED** that the Motion is **GRANTED**,

**IT IS FURTHER ORDERED** that Defendant Raúl Torrez, in his official capacity as Attorney General of New Mexico, as well as all those subject to his supervision, are hereby immediately enjoined from enforcing and/or implementing New Mexico Statute §30-7-7.3 ("House Bill 129") pending final resolution of Plaintiffs' Second Amendment claim. This stipulated injunction shall remain in effect unless or until the United States Court of Appeals for the Tenth Circuit issues a decision holding that House Bill 129 is constitutional and a final mandate in *Ortega v. Grisham*, No. 26-2170, reversing the district court's grant of summary judgment in favor of the plaintiffs in that case.

**IT IS SO ORDERED.**

__________________________
Hon. Jerry H. Ritter
United States Magistrate Judge

PLAINTIFF'S EXHIBIT
1